IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KRISTOPHER MORGAN**                                                                                        **PLAINTIFF**

V.                                            CASE NO. 5:22-CV-5183

**TIM HELDER, Washington County Sheriff;
COUNTY JUDGE WOODS;
GOVERNOR ASA HUTCHINSON;
STATE OF ARKANSAS;
KARAS CORRECTIONAL HEALTH;
DR. ROBERT; KELLY HINELY;
CHUCK DOMINGUEZ; JEFF MOLEN;
JON GECKHAM; JOLANA WILSON;
SYDNEY SIMMONS; THERESO ROTH;
ALL EMPLOYEES OF WASHINGTON
COUNTY SHERIFF'S OFFICE; SUMMITT FOODS;
JANET HANEY; CHLOE ROON, Public Defender;
DETECTIVE TOM MULVANEY; JUDGE CASEY JONES;
BOWMAN, Corporal Washington County Detention Center**                **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 7) filed in this case on October 27, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

1

**IT IS SO ORDERED** on this 15th day of November, 2022.

                                        */s/ Timothy L. Brooks*
                                        TIMOTHY L. BROOKS
                                        UNITED STATES DISTRICT JUDGE